```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 42413
  ALAN MICHAEL CRUZAN
  DUSTIN LEE CRUZAN                          CHAPTER 13

                                             JUDGE: MANUEL BARBOSA

       Debtor
  SSN XXX-XX-3309      SSN XXX-XX-0353
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 11/15/04 and confirmed on 01/20/05.

2. The plan is paid in full.

3. The Debtor paid a total of $ 78810.90 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| LOANCARE SERVICING CENTE | CURRENT MORTG | 52844.93 | .00 | 52844.93 |
| BLACKHAWK AREA CU | SECURED | 3459.56 | 239.44 | 3459.56 |
| STERLING INC | SECURED | 100.00 | 5.99 | 100.00 |
| BECKET & LEE LLP | UNSECURED | 971.14 | .00 | 473.32 |
| ARMOR SYSTEMS CORP | UNSECURED | 8917.46 | .00 | 4346.26 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3765.34 | .00 | 1835.18 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 3641.06 | .00 | 1774.61 |
| THE CHICAGO DEPT OF REVE | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT FIRST NA | UNSECURED | 1066.30 | .00 | 519.70 |
| DISCOVER BANK | UNSECURED | 1535.85 | .00 | 748.55 |
| KHANNA & KHANNA MD | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 237.78 | .00 | 115.89 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 360.68 | .00 | 175.79 |
| ECAST SETTLEMENT CORP | UNSECURED | 1434.19 | .00 | 699.01 |
| SHERMAN HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| CITICARDS PRIVATE LABEL | UNSECURED | 4164.30 | .00 | 2029.63 |
| STERLING INC | UNSECURED | 390.81 | .00 | 190.48 |
| LESLIE WALKER | UNSECURED | NOT FILED | .00 | .00 |
| PETER FINNBERG | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| LOANCARE SERVICING CENTE | MORTGAGE ARRE | 2347.81 | .00 | 2347.81 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 58752.30 | .00 | 26484.91 | .00 | 85237.21 |
| PRINCIPAL PAID | 58752.30 | .00 | 12908.42 | .00 | 71660.72 |

```
INTEREST PAID            245.43         .00          .00         .00      245.43
TOTAL PAID             58997.73         .00     12908.42         .00    71906.15
```

The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $   2700.00 and was paid $   2700.00 .

The Trustee received $   3393.85 .

Refunds to the Debtor totaled $    810.90 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 03/13/09                    /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE